AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED
By US Marshals at 1:23 pm, Mar 03, 2025

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.
AARON KINSEY EVERITT,

Defendant

Case No. 1:25-mj- 00049-CL

ORIGINAL

FILED'25 MAR 11 11:33USDC-ORM

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Aaron Kinsey Everitt ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2251(a) - Sexual Exploitation of a Child
18 U.S.C. § 2252A(a)(2) - Receipt of Child Pornography

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

Date: 3/3/25

*Issuing officer's signature*

City and state: Medford, Oregon

MARK D. CLARKE, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/03/25 , and the person was arrested on *(date)* 03/04/25
at *(city and state)* Ashland, OR .

Date: 03/04/25

For FBI
*Arresting officer's signature*

G. Willard, DUSM
*Printed name and title*